NUMBER 13-09-00210-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

MELODIO ELOY REYES, Appellant,


v.



TEXAS PAROLE PANEL, Appellee. 

 

_____________________________________________________________


On appeal from the 275th District Court of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Benavides


Memorandum Opinion Per Curiam


 Appellant, Melodio Eloy Reyes, attempted to perfect an appeal from a judgment
entered by the 275th District Court of Hidalgo County, Texas, in cause number
C-761-07-E. Judgment in this cause was signed on November 18, 2008. No motion for 
new trial was filed. Pursuant to Texas Rule of Appellate Procedure 26.1, appellant's notice
of appeal was due on December 18, 2008, but was not filed until March 30, 2009. 

 On April 23, 2009, the Clerk of this Court notified appellant of this defect so that
steps could be taken to correct the defect, if it could be done. Appellant was advised that,
if the defect was not corrected within ten days from the date of receipt of this Court's letter,
the appeal would be dismissed. To date, no response has been received from appellant.

 The Court, having examined and fully considered the documents on file, appellant's
failure to timely perfect his appeal, and appellant's failure to respond to this Court's notice,
is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly,
the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. See Tex. R. App. P.
42.3(a)(c).


 PER CURIAM


Memorandum Opinion delivered and

filed this the 18th day of June, 2009.